# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: COOPER IVF GLOBAL CULTURE MEDIA LITIGATION | MDL No. Case Pending No. 45 |
|---|---|

## AMENDED SCHEDULE OF ACTIONS

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiffs:** E.F and G.H.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-00643 | Jon S. Tigar |
| 2. | **Plaintiffs:** Q.R. and S.T.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-00689 | Jon S. Tigar |
| 3. | **Plaintiffs:** I.J. and K.L.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-00693 | Jon S. Tigar |
| 4. | **Plaintiffs:** M.N. and O.P.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-00696 | Jon S. Tigar |
| 5. | **Plaintiffs:** Kearsten Walden and Zachary Walden<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-00903 | Jon S. Tigar |

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| 6. | **Plaintiffs:** A.B. and C.D.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-01061 | Jon S. Tigar |
| 7. | **Plaintiffs:** J.B. and M.B.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-01085 | Jon S. Tigar |
| 8. | **Plaintiffs:** CLF 001 and CLF002<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-01192 | Jon S. Tigar |
| 9. | **Plaintiffs:** CLF 003 and CLF 004<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-01193 | Jon S. Tigar |
| 10. | **Plaintiffs:** CLF 005 and CLF 006<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-01194 | Jon S. Tigar |
| 11. | **Plaintiffs:** F.G., H.I., T.U., and V.W.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc.<br>Does 1-10 | N.D. Cal. | 4:24-cv-01261 | Jon S. Tigar |
| 12. | **Plaintiffs:** J.S., and A.S.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-01353 | Jon S. Tigar |

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| 13. | **Plaintiffs:** J.K., and L.M.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-01680 | Jon S. Tigar |
| 14. | **Plaintiff:** Jamie Woods and Lee Woods<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-01745 | Jon S. Tigar |
| 15. | **Plaintiffs:** M.N., and O.P.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-01853 | Jon S. Tigar |
| 16. | **Plaintiff:** R.S.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-02031 | Jon S. Tigar |
| 17. | **Plaintiffs:** N.O., and P.Q.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-02042 | Jon S. Tigar |
| 18. | **Plaintiffs:** Brooke Oxendine and Michael Oxendine<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-02168 | Jon S. Tigar |
| 19. | **Plaintiffs:** Andrea O'Brien and Kyle O'Brien<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-02580 | Jon S. Tigar |

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| 20. | **Plaintiff:** A.A.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-02582 | Jon S. Tigar |
| 21. | **Plaintiffs:** A.F. and L.F.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-02610 | Jon S. Tigar |
| 22. | **Plaintiffs:** B.B. and C.C.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc. | N.D. Cal. | 4:24-cv-02722 | Jon S. Tigar |
| 23. | **Plaintiffs:** X.Y. and Z.A.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-03219 | Jon S. Tigar |
| 24. | **Plaintiffs:** D.D. and E.E.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-03527 | Jon S. Tigar |
| 25. | **Plaintiffs:** H.H. and I.I.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | N.D. Cal. | 4:24-cv-03568 | Jon S. Tigar |
| 26. | **Plaintiffs:** CLF 007, an Individual; and CLF 008, an Individual<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | D. OR | 6:24-cv-00990 | Ann L. Aiken |

| Ex. | Case Caption | Court | Case No. | Judge |
|---|---|---|---|---|
| 27. | **Plaintiffs:** S.R. and R.R.<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | D.N.M. | 1:24-cv-00631 | Steven C. Yarbrough |
| 28. | **Plaintiffs:** Kathryn Poole and Brad Kimball<br><br>**Mediator:**<br>Charles N. Castagna<br><br>**Defendants:**<br>CooperSurgical, Inc.<br>The Cooper Companies, Inc. | M.D. Fla. | 8:24-cv-01002 | Steven D. Merryday |
| 29. | **Plaintiffs:** J.J. and K.K.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc.; and<br>Does 1-10 | N.D. Cal. | 4:24-cv-03536 | Kandis A. Westmore |
| 30. | **Plaintiffs:** F.F. and G.G.<br><br>**Defendants:**<br>The Cooper Companies, Inc.<br>CooperSurgical, Inc.; and<br>Does 1-10 | N.D. Cal. | 4:24-cv-03530 | Jon S. Tigar |